Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 866-7480
mikemillen@aol.com

Attorney for Plaintiffs Cooper and Abolitionists NW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER COOPER and ABOLITIONISTS NORTHWEST dba WORLD LIFE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | NO.: 17-cv-175 KAW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties hereby stipulate as follows:

1. Defendant City and County of San Francisco has stated in good faith that, within the next 60 days, the City expects to take action that is relevant to this case.

2. The parties agree that it would be helpful to analyze and discuss the City's action in order to determine the impact upon the case.

3. Therefore, the parties hereby stipulate that the Case Management Conference in this matter currently set for May 23, 2017 be continued to August 22, August 29, September 5, or such other date as is convenient for the court.

Dated: May 18, 2017

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

**STIPULATION AND ORDER TO CONTINUE CMC**  17-cv-175 KAW   Page 1

DENNIS J. HERRERA
CITY ATTORNEY
WAYNE SNODGRASS
TARA M. STEELEY
CHRISTOPHER T. TOM
DEPUTY CITY ATTORNEYS

Dated: May 18, 2017

/s/
TARA M. STEELEY, ESQ.
ATTORNEYS FOR DEFENDANT CITY
AND COUNTY OF SAN FRANCISCO

– ORDER –

Pursuant to Stipulation and Good cause appearing, the Court hereby continues the currently scheduled May 23, 2017 Case Management Conference to 1:30 p.m. on Tuesday, August 29, 2017.

Dated: 5/22/17

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE