1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
3  TARA M. STEELEY, State Bar #231775
   CHRISTOPHER T. TOM, State Bar #271650
4  Deputy City Attorney
   City Hall, Room 234
5  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
6  Telephone:    (415) 554-4655 (Steeley)
   Telephone:    (415) 554-4728 (Tom)
7  Facsimile:    (415) 554-4699
   E-Mail:       tara.steeley@sfgov.org
8  E-Mail:       christopher.tom@sfgov.org

9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14
   JENNIFER COOPER and ABOLITIONISTS          Case No. 17-cv-00175 KAW
15 NORTHWEST dba WORLD LIFE,
                                              **REQUEST FOR DISMISSAL;** [~~PROPOSED~~]
16        Plaintiffs,                         **ORDER OF DISMISSAL**

17        vs.

18 CITY AND COUNTY OF SAN                      Action Filed:  1st Amend Complaint 2/7/2017
   FRANCISCO,
19                                             Trial Date:    Not Set
          Defendant.
20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: November 7, 2017

> DENNIS J. HERRERA
> City Attorney
> WAYNE SNODGRASS
> TARA M. STEELEY
> CHRISTOPHER T. TOM
> Deputy City Attorneys
>
> By: __/s/Tara M. Steeley_____
> TARA M. STEELEY
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

Dated: November 7, 2017

> By: __/s/_____
> MICHAEL MILLEN
> Attorney At Law
>
> Attorneys for Plaintiffs
> JENNIFER COOPER and ABOLITIONISTS
> NORTHWEST dba WORLD LIFE
>
> **Pursuant to GO 45, the electronic signatory has
> obtained approval from this signatory.*

## <u>ORDER</u>

**IT IS SO ORDERED.**

Dated: ____11/8/17_____

_____
Kandis A. Westmore, Magistrate Judge
UNITED STATES DISTRICT COURT JUDGE